UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AARON BIGDELOU,

    Plaintiff,

  v.

RENAL ADVANTAGE INC.,

    Defendant.

Case No.  24-cv-02368-TLT

ORDER TO SHOW CAUSE

Re: Dkt. No. 7

   On March 21, 2024, Aaron Bigdelou filed suit against Renal Advantage, Inc. ("Renal") in San Mateo Superior Court. Bigdelou's counsel, Edgar Manukyan, provided an email address at the top of the complaint with the domain "@manukyanlaw.com." On April 19, 2024, Renal filed a Notice of Removal, removing this case to the Northern District of California. Mr. Manukyan's registration for the Northern District of California contains an email address with the domain "@mathewandgeorge.com." Pursuant to local rule 5-1(c)(3), "[r]egistered attorneys are required to keep their contact information current."

   Further, on April 26, 2024, Renal filed a Motion to Dismiss. Pursuant to Civil Local Rule 7-3(a), Bigdelou's opposition was due 14 days after the motion was filed, which was May 10, 2024. To date, Bigdelou has not filed an opposition or statement of non-opposition. A hearing on the Motion to Dismiss is scheduled for July 30, 2024.

   Accordingly, Bigdelou is ordered, on or before July 26, 2024, to file a response to this order to show cause explaining whether his counsel's contact information for the Northern District of California is current and why the opposition was not timely filed.

   IT IS SO ORDERED.

Dated: July 23, 2024

United States District Court
Northern District of California

TRINA L. THOMPSON
United States District Judge